**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 BULLION TRADING LLC,

                        Plaintiff,

       -against-                                       25 **CIVIL** 5980 (JLR)

                                                 **JUDGMENT**

J.P. MORGAN CHASE BANK, N.A.,

                       Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated June 22, 2026, Chase's motion to dismiss is GRANTED;

accordingly, the case is closed.

**Dated:** New York, New York

       June 23, 2026

                                          **TAMMI M. HELLWIG**
                                       _____
                                            **Clerk of Court**

                     **BY:**               K. mango

                                       _____
                                            **Deputy Clerk**